IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CASSIDY PRICE, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 7:18-cv-00275 |
| v. | ) ) ) |
| H. RONALD SHELTON and RONALD EDWARD SHELTON, | ) ) ) )  By:   Michael F. Urbanski ) United States District Judge |
| Defendants. | ) ) |

## ORDER

This matter is before the court on the parties' Stipulation of Dismissal (ECF No. 49), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, the court **ORDERS** that the above-captioned matter is **DISMISSED** with prejudice and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 02-28-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge